THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lewis Welsh, 
 a/k/a Lewis
 Welch, Appellant.
 
 
 

Appeal From Greenville County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2008-UP-537
 Submitted September 2, 2008  Filed
September 17, 2008    

APPEAL DISMISSED

 
 
 
 Robert M. Dudek, Deputy Chief Attorney for Capital Appeals, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott;
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Lewis Welsh appeals his conviction and sentence for trafficking in cocaine, arguing the circuit court
 erred in admitting a police officers testimony that Welsh had offered to sell
 him drugs a few days before the offense for which Welsh was charged.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Welshs appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.